CITY COUNCIL
OF INDIANAP-
OLIS
v.
BLYTHE.

---

THE CITY COUNCIL OF INDIANAPOLIS *v.* BLYTHE and Another.

THIS was an action of debt brought by the city of *Indianapolis* against *Blythe* and *Hedderly*, to recover of them a penalty of 50 dollars for keeping a nuisance within

said city. The Court of Common Pleas dismissed the suit. The matter complained of was a nuisance, not from being declared so by a city by-law, but at common law. This decision was right. Keeping a nuisance was a criminal offence at common law, and is by statute. This case, therefore, falls directly within *The City of Madison* v. *Hatcher*, 8 Blackf. 341, to which case the Court adheres. See *Welch* v. *Stowell*, 2 Doug. 322.— *Zylstra* v. *The Corporation of Charleston*, 1 Bay's R. 382. —*Barter* v. *The Commonwealth*, 3 Penna. 253. — 1st U. S. Dig. 487, s. 21.—*Bogart* v. *New Albany*, May term, 1848 (1).

The judgment is affirmed with costs.

*E. Coburn*, for the plaintiff.

*J. Morrison* and *S. Major*, for the defendants.

(1) See 1 Carter's Ind. R. 38.